**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       GetLinks Inc. v. Kalibrr Inc.

Appellate case number:   01-21-00728-CV

Trial court case number:  2021-26067

Trial court:                     80th District Court of Harris County

On July 21, 2022, appellants, Angkor Capital Limited, GetLinks Inc., and Keenan Kwok, filed an unopposed motion asking this Court to abate the appeal, pending the outcome of the trial court's July 20, 2022 dismissal order, dismissing the claims of appellee, Kalibrr Inc. We **deny** the motion to abate. Appellants may seek extensions of time to file their brief. *See* TEX. R. APP. P. 10.5(b).

It is so **ORDERED**.

Judge's signature: _____/s/ Sherry Radack_____
                    ☒ Acting individually     ☐ Acting for the Court

Date: ___August 4, 2022_____